XAVIER BECERRA
Attorney General of California
CHRISTINA BULL ARNDT
Supervising Deputy Attorney General
LEENA M. SHEET
Deputy Attorney General
State Bar No. 235415
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6023
 Fax:  (916) 731-2121
 E-mail:  Leena.Sheet@doj.ca.gov
*Attorneys for Plaintiff*
*State Lands Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CALIFORNIA STATE LANDS COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**SIGNAL HILL SERVICE, INC., et al.;**<br><br>Defendant. | No. 2:20-cv-00892 DSF (SKx)<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Dale S. Fischer<br>Trial Date: None Set<br>Action Filed: 8/14/2019<br>Action Removed: 01/29/20 |

1

Under Rule 38 of the Federal Rules of Civil Procedure, Plaintiff California State Lands Commission hereby demands a trial by jury in this action.

Dated: February 11, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHRISTINA BULL ARNDT
Supervising Deputy Attorney General

/s/ Leena M. Sheet
LEENA M. SHEET
Deputy Attorney General
*Attorneys for Plaintiff*
*State Lands Commission*

## DECLARATION OF SERVICE BY E-MAIL and U.S. Mail

Case Name:   State Lands Commission v. Signal Hill Service
No.:         **2:20-cv-00892**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On February 11, 2020, I served the attached **DEMAND FOR JURY TRIAL** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

Kevin H. Brogan
Hill, Farrer & Burrill LLP
One California Plaza
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071
**Email: kbrogan@hillfarrer.com**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 11, 2020, at Los Angeles, California.

Badia Hill
Declarant

*Badia Hull*
Signature

LA2019103916
54111906.docx