JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA STATE LANDS COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SIGNAL HILL SERVICE, INC.; et al.,<br><br><br>Defendants. | No. CV 20-0892 DSF (SKx)<br><br>**ORDER DISMISSING FEDERAL DEFENDANTS AND REMANDING CASE TO SUPERIOR COURT**<br><br>Honorable Dale S. Fischer |

The Court has considered the Stipulation of Dismissal of the Federal Defendants and Remand of Case the parties filed.

THE COURT HEREBY ORDERS that this case, CV 20-0892 DSF (SKx), is dismissed without prejudice only as to Defendants United States Department of the Interior; Secretary David Bernhardt, in his official capacity as Secretary of the Department of the Interior; United States Department of Transportation; and Secretary Elaine Chao, in her official capacity as Secretary of the United States Department of Transportation, and that the remainder of the case is remanded to the Santa Barbara Superior Court, with each party to bear its own costs and fees.

DATED: February 19, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE