

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

February 20, 2020

Santa Barbara County Superior
1100 Anacapa Street
Santa Barbara, CA 93121–1107

Re:  Case Number:  _____2:20–cv–00892–DSF–SK_____
Previously Superior Court Case No. _____19CV04295_____
Case Name: _____California State Lands Commission v. U.S. Department of the Interior et al_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____2/19/2020_____, the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Jenny Lam_
Deputy Clerk
(Jenny_Lam@cacd.uscourts.gov)

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____

_____            _____
Date                                                              Deputy Clerk

CV–103 (05/18)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)